UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT GREENE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.4:14-cv-00167 |
| | § | |
| AMPCO PRODUCTS, INC., | § | |
| A foreign corporation, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

# AGREED ORDER OF DISMISSAL

Having considered the Joint Motion to Dismiss With Prejudice [de #15] in its entirety, the court finds it should be in all respects granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that this lawsuit, including all causes of action brought by Plaintiff against Defendant in the above-entitled and numbered cause, be and the same are hereby DISMISSED WITH PREJUDICE to the right of the Plaintiff to refile same or any part thereof. All costs of court and attorneys' fees are borne by the party incurring same.

**SIGNED this the 21st day of July, 2015.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE